No. 99–791. LABORERS LOCAL 17 HEALTH AND BENEFIT FUND ET AL. v. PHILIP MORRIS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–807. SPIEGEL v. DESROSIERS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–811. FLOYD v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 99–819. HOWARD v. NEW YORK TIMES CO. C. A. 2d Cir. Certiorari denied.

No. 99–820. LAWSON v. NEW YORK. County Ct., Erie County, N. Y. Certiorari denied.

No. 99–825. LEWIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF LEWIS, DECEASED v. LOCAL 382, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (AFL–CIO). Sup. Ct. S. C. Certiorari denied.

No. 99–831. GAIL M., FKA GAIL L. v. JEROME E. M. Ct. App. Wis. Certiorari denied.

No. 99–832. HANNA v. FARMON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–839. HOLLEY v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. 3d Cir. Certiorari denied.

No. 99–842. SCHLUNEGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–844. BROCKMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–847. ALBANY INSURANCE CO. v. BANCO MEXICANO, S. A. C. A. 2d Cir. Certiorari denied.

No. 99–852. NEAL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.